THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF LEO, LLC; COASTAL VILLAGES REGION FUND; COASTAL ENTERPRISES, LLC; and COASTAL VILLAGES SEAFOODS, LLC, AS OWNERS AND/OR OPERATORS OF THE VESSEL LEO, OFFICIAL NUMBER 575074,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW T. FLORA,<br><br>Defendant. | Case No. 09-1768 RAJ<br><br>PLAINTIFFS' SUPPLEMENTAL DESIGNATIONS--DEPOSITION TESTIMONY OF TIMOTHY O'DONNELL |

The following are the plaintiffs' <u>supplemental</u> page and line designations of the <u>deposition of Timothy O'Donnell</u> taken on April 27, 2010.

1. Page 25, line 2-23.

PLAINTIFFS' SUPPLEMENTAL DESIGNATIONS
--DEPOSITION OF TIMOTHY O'DONNELL - 1
Case No. 09-1768 RAJ

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. DATED this 27th day of September, 2011.

2. HOLMES WEDDLE & BARCOTT, P.C.

4. /s/ *Michael A. Barcott*
Michael A. Barcott, WSBA #13317
5. Theresa K. Fus, WSBA #37984
999 Third Avenue, Suite 2600
6. Seattle, Washington 98104
Telephone: (206) 292-8008
7. Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com
8. Attorney for Limitation Plaintiffs

### CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 27th day of September, 2011, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Joseph S. Stacey
Beard Stacey Trueb & Jacobsen, LLP
4039 21st Avenue West, Suite 401
Seattle, WA  98199

Holly Diaz

G:\4979\23382\Pleading - Limitation\Designation of Timothy O'Donnell 9-26-11.doc

PLAINTIFFS' SUPPLEMENTAL DESIGNATIONS
--DEPOSITION OF TIMOTHY O'DONNELL - 2
Case No. 09-1768 RAJ

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008