THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE MATTER OF THE COMPLAINT OF
LEO, LLC, et al.,

                    Plaintiffs,

          v.

MATTHEW T. FLORA,

                    Defendant.

Case No. C09-1768 RAJ

[PROPOSED] ORDER GRANTING
MOTION FOR DISBURSEMENT
OF REGISTRY FUNDS

THIS COURT, having reviewed Plaintiffs' Motion for Disbursement of Registry Funds, any opposition and reply thereto, and the records and files herein.

HEREBY ORDERS that the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $500.00 plus all accrued interest, minus any statutory fees, payable to the trust account of Holmes Weddle & Barcott, PC and mail or deliver the check to Holmes Weddle & Barcott, PC.

DATED this 11th day of June, 2014.

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING MOTION
FOR DISBURSEMENT OF REGISTRY FUNDS - 1
CASE NO. 09-1768 RAJ

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289